NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AARON WEST,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1850

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01740-LAS, Senior Judge Loren A. Smith.

---

## O R D E R

The appellant having failed to file the required Notice of Unrepresented Person Appearance form, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the February 1, 2024 order, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

accordance with the rules.

FOR THE COURT



April 11, 2024
   Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 11, 2024